# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HLUSHMANUK, | : | |
|     Petitioner | : | |
| | : | No. 1:17-cv-01755 |
| v. | : | |
| | : | (Judge Kane) |
| BALTAZAR, et al., | : | |
|     Respondents | : | |

## **ORDER**

**AND NOW**, on this 31st day of October 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania